1838.

TINGLE
*v.*
PARTEN.

---

### TINGLE *v.* PARTEN and others.

Where a motion was made to dismiss the bill, on the ground of delay; and the complainant speeded the cause intermediate the notice and the making of the motion: his bill was not dismissed, but he had to pay the costs of the motion.

---

*June 26,*
1838.

*Practice.*
*Speeding*
*cause.*
*Costs.*

CAUSE delayed; motion, on affidavit, that bill be dismissed or for such further order, &c. It appeared, by the affidavit of the solicitor for the complainant, that he had, since the notice of the motion, expedited the cause and was, *bona fide*, pursuing the matter of the suit.

Mr. *Bogardus*, for the motion.

Mr. *A. Williams*, contra.

THE VICE-CHANCELLOR:—Notice of this motion was regular. The complainant's delay warranted it; and the intention to make it has had the effect of expediting the cause. An

order to dismiss the bill, for want of prosecution, would not now be proper; but the complainant must pay the costs of this motion to be taxed.